IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
EDWIN VAZQUEZ-LATIMER
Defendant

CRIMINAL 12-0034CCC

**ORDER**

      Having considered the Report and Recommendation filed on August 9, 2012 (**docket entry 34**) on a Rule 11 proceeding of defendant Edwin Vázquez-Latimer held before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 8, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 8, 2012. The **sentencing hearing is set for November 8, 2012 at 4:15 PM**.

      SO ORDERED.

      At San Juan, Puerto Rico, on August 30, 2012.

      S/CARMEN CONSUELO CEREZO
      United States District Judge